UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DURELL EALY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>　　　　　Defendants. | 1:23-cv-01136-SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff is a state prisoner inmate pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, where asked to state how much cash, assets, and other valuable property Plaintiff owns, Plaintiff answers "yes" he has such money, assets, and valuable property, but instead of describing it, Plaintiff only writes "classified." (ECF No. 2 at 1-2.) The Court shall require Plaintiff to accurately fill out the application to proceed in forma pauperis.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 2, 2023**

_____
UNITED STATES MAGISTRATE JUDGE